IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GUESTHOUSE INTERNATIONAL )
FRANCHISE SYSTEMS, INC., )
                                           )
         Plaintiff,                        )
                                           )
v.                                         )      Case No. 3:07-0814
                                           )      Judge Trauger
BRITISH AMERICAN PROPERTIES                )
MACARTHUR INN, LLC, THOMAS F.              )
NOONS, and EDWIN W. LESLIE,                )
                                           )
         Defendants.                       )
                                           )

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff Guesthouse

International Franchise System, Inc's Motion for Summary Judgment (Docket No. 63) is

**GRANTED IN PART AND DENIED IN PART**, the Partial Motion for Summary Judgment

filed by defendants British American Properties MacArthur Inn, LLC, and Thomas F. Noons is

**GRANTED IN PART AND DENIED IN PART**, that is, the motion is denied in all respects

except as to the defendants' argument that the liquidated damages clause at issue constitutes an

unenforceable penalty**.**   These defendants' Motion for Judicial Notice (Docket No. 59) is

**DENIED AS MOOT** and these defendants' Motions to Strike are (Docket Nos. 81 and 84) are

**DENIED.**

In the expectation that the parties will resolve the liquidated damages issue without the

necessity of a trial, the trial and pretrial conference are being removed from the court's calendar.

This file shall remain open, however, pending receipt by the court of notification that the parties

have resolved all remaining matters or need assistance of some kind from the court.

It is so ordered.

Enter this 5th day of February 2009.

ALETA A. TRAUGER
United States District Judge