**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **GUESTHOUSE INTERNATIONAL** | ) | |
| **FRANCHISE SYSTEMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:07-0814** |
| | ) | **Judge Trauger** |
| **BRITISH AMERICAN PROPERTIES** | ) | |
| **MACARTHUR INN, LLC, THOMAS F.** | ) | |
| **NOONS, and EDWIN W. LESLIE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's Motion for

Attorneys' Fees and Expenses (Docket No. 105) is **GRANTED**, and the Motion for Partial

Reconsideration or Clarification filed by defendants British American Properties MacArthur Inn,

LLC, and Thomas F. Noons (Docket No. 100) is **DENIED.** Final judgment is hereby entered

for the plaintiff, Sumner Ventures, Inc. (the entity that acquired Guesthouse International

Franchise Systems, Inc.) in the amount of $441,360.23, that is, $358,708.28 in damages and

$82,651.95 in attorneys' fees and expenses.

It is so ordered.

Enter this 23rd day of March 2009.

_____

ALETA A. TRAUGER
United States District Judge